## Wilbur F. Rose *v.* Charles Barclay, Appellant, and The Camden Gas Light Company.

Argued March 24, 1899. Appeal, No. 73, Jan. T., 1899, by Charles Barclay, one of the defendants, from decree of C. P. No. 4, Phila. Co., March T., 1894, No. 1348, on bill of equity. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL and DEAN, JJ. Reversed.

*E. Cooper Shapley,* for appellant.

*John G. Johnson,* for appellee.

OPINION BY MR. JUSTICE DEAN, May 23, 1899:

In case of appeal by plaintiff from same decree, ante, p. 594, in which opinion has this day been handed down we have said all that we deem necessary in the issue. This appeal for the reasons in that opinion given is dismissed at costs of appellant.